**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CHRISTOPHER CAPLES, | Case No. 3:25-CV-00178-MMD-CLB |
| Plaintiff | **ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED** ***IN FORMA PAUPERIS*** |
| v. | |
| MICHAEL BECKER, *et al.*, | |
| Defendants. | |

**I.    DISCUSSION**

On April 4, 2025, Plaintiff Christopher Caples ("Caples"), an inmate in the custody of the Nevada Department of Corrections, submitted a civil rights complaint with the Court. (ECF No. 1-1.) However, Caples has neither paid the full $405 filing fee for this matter, nor filed an application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $405 filing fee. To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e., pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e., page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Caples a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $405 filing fee for this action on or before **Wednesday,**

**May 7, 2025**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.

If Caples is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $405 filing fee on or before **Wednesday, May 7, 2025**, this case will be subject to dismissal <u>without prejudice</u> for Caples to file a new case with the Court when Caples is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $405 filing fee.

A dismissal <u>without prejudice</u> means Caples does not give up the right to refile the case with the Court, under a new case number, when Caples has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Caples may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **Wednesday, May 7, 2025**, to proceed with this case.

## II.    CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the Clerk of the Court will **SEND** Caples the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **Wednesday, May 7, 2025**, Caples will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e., pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e., page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

2

1    **IT IS FURTHER ORDERED** that, if Caples does not file a fully complete application

2  to proceed *in forma pauperis* with all three documents or pay the full $405 filing fee for a

3  civil action on or before **Wednesday, May 7, 2025**, this case will be subject to dismissal

4  without prejudice for Caples to refile the case with the Court, under a new case number,

5  when Caples has all three documents needed to file a complete application to proceed *in*

6  *forma pauperis* or pays the full $405 filing fee.

7    **IT IS SO ORDERED.**

8    **DATED**:  April 7, 2025.

9

10    **UNITED STATES MAGISTRATE JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28